ORIGINAL

FILED
NOV 30 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>        Plaintiff,   )<br>            )<br>    v.      )<br>            )<br>ELLORY F. YU,       )<br>            )<br>        Defendant.  )<br>_____) | Criminal Case No. '07 CR 3189 BTM<br><br>I N F O R M A T I O N<br>(Misdemeanor)<br><br>Title 18, U.S.C.,<br>Sec. 1030(a)(5)(A)(iii) -<br>Causing Damage to a<br>Protected Computer |

The United States Attorney charges:

Count 1

Between on or about May 19, 2005, to and including May 25, 2005, within the Southern District of California, defendant ELLORY F. YU intentionally accessed a "protected computer" within the meaning of Title 18, United States Code, Section 1030(e)(2)(B), that is, the computer network of Island Data Corporation, without authorization, and as a result of such conduct caused damage, as defined at Title 18, United States Code, Section 1030(e)(8), to wit: Defendant corrupted the "Access" database of Island Data customer Yahoo!, Inc., by causing the insertion of data from the "Project" database of Adobe, Inc., into the Yahoo!, Inc., "Access" database and thereby caused loss, as defined at Title 18, United States Code, Section 1030(e)(11), to

1  Island Data aggregating at least $5,000 in value, as provided at Title
2  18, United States Code, Section 1030(a)(5)(B)(i); all in violation of
3  Title 18, United States Code, Section 1030(a)(5)(A)(iii) and
4  1030(c)(2)(A).

   DATED: November 26, 2007

                                    KAREN P. HEWITT
                                    United States Attorney

                                    *[signature]*

                                    MITCHELL D. DEMBIN
                                    Assistant U.S. Attorney