1 | Charles M. Sevilla, SBN 45930
1010 Second Avenue, Suite 1825
2 | San Diego, CA 92101-4902
Telephone: (619) 232-2222
3 | Fax 619 232 2222

4 | Attorney for Ellory Yu

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 07 CR 03189 BTM |
|---|---|
| Plaintiff, | ) DEFENDANT ELLORY YU'S<br>) ACKNOWLEDGMENT OF<br>) NEXT COURT DATE |
| vs. | ) |
| ELLORY YU, | ) |
| Defendant. | ) |

ELLORY YU, defendant in the above entitled case, hereby acknowledges that he has been informed that the next hearing in his matter has been re-set for February 12, 2008, at 3:00 p.m., in the courtroom of Magistrate-Judge Anthony J. Battaglia. He further acknowledges that his presence is required on that date.

December 4, 2007

        /s/ Ellory Yu

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 07 CR 03189 BTM |
| ) | |
| Plaintiff, ) | DEFENDANT ELLORY YU'S |
| ) | ACKNOWLEDGMENT OF |
| vs. ) | NEXT COURT DATE |
| ) | |
| ELLORY YU, ) | **PROOF OF SERVICE** |
| ) | |
| Defendant. ) | |

    I, the undersigned, say that I am over 18 years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

That my business address is 1010 Second Ave, Suite 1825, San Diego CA 92101;

That I served the within Defendant's Acknowledgment of Next Court Date by delivering a copy today to the clerk's office of this honorable court for delivery to: Mitch Dembin, Assistant U.S. Attorney, by email.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on this December 4, 2007, in San Diego, California.

December 4, 2007        /s/ Charles M. Sevilla