# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __07CR3189-AJB__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) |  |
|  | ) | Booking No. _____ |
| _Mallory F. Yu._ | ) |  |
|  | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ __2/12/08__ _____

the Court entered the following order:

_____ Defendant be released from custody.

___✓_____ Defendant placed on supervised /~~unsupervised~~ probation /~~supervised release~~.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

___✓_____ Defendant ~~remanded and~~ ( __✓__ bond) (~~bond on appeal~~) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
_____ Deputy Clerk

Received _____
          (DUSM)

Crim-9   (Rev 6-95)                                              ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY