FILED

2008 FEB 15 AM 8:54
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 FEB 14 AM 10:15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3189-AJB |
| v. | JUDGMENT |
| ELLORY F. YU, | Charles M. Sevilla |
| 05670-298 | Defendant's Attorney |

REGISTRATION NO. _____

VIOLATION: 18 USC 1030(a)(5)(A)(iii) - Causing Damage to a Protected Computer (Misdemeanor)

_x_ Defendant pleaded guilty to count 1
___ Count(s) _____ dismissed on the government's oral motion.

## JUDGMENT

_x_ Defendant is adjudged guilty on count 1

_x_ SUPERVISED PROBATION for a term of TWO (2) YEARS
on the following conditions:
_x_ obey all laws, Federal, State and Municipal
_x_ complete 50 hours of community service
___ not possess any narcotic drug or controlled substance without a lawful medical prescription
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
_x_ Restitution of $100,000.00 which has been paid in full.

_x_ Penalty assessment of $ 25.00 to be paid forthwith.
___ Fine waived         ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

I have executed within RL-Pros
Judgment _____ on _2/13/08_

By _____
USMS Criminal Section

February 12, 2008
Date of Imposition of Sentence

_____
ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
Entered on: