AMENDED
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

2008 FEB 25  PM 3: 35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3189-AJB |
| | ) | |
| v. | ) | JUDGMENT    BY ____ KNH ____ DEPUTY |
| | ) | |
| ELLORY F. YU, | ) | Charles M. Sevilla |
| | ) | Defendant's Attorney |

REGISTRATION NO. _____

VIOLATION: 18 USC 1030(a)(5)(A)(iii) - Causing Damage to a Protected Computer (Misdemeanor)

__x__ Defendant pleaded guilty to count 1
____ Count(s) _____ dismissed on the government's oral motion.

**JUDGMENT**

__x__ Defendant is adjudged guilty on count 1

__x__ SUPERVISED PROBATION for a term of TWO (2) YEARS
on the following conditions:
__x__ obey all laws, Federal, State and Municipal
__x__ complete 50 hours of community service in a program approved by the probation officer within 24 month.
__x__ provide complete disclosure of personal and business financial records to the probation officer as requested
__x__ mandatory drug test waived.
__x__ report all vehicles owned or operated, or in which you have in interest to the probation officer.
__x__ not possess any firearm, destructive device or any other dangerous weapon
__x__ submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.
__x__ Restitution of $100,000.00 which has been paid in full.

__x__ Penalty assessment of $ 25.00 to be paid within 30 days.
__x__ Fine waived    ____ Fine of $

　　　　IT IS ORDERED that the defendant shall notify the United States Attorney for this district within  30  days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 12, 2008
Date of Imposition of Sentence

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
Entered on: