AMENDED
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB 25 PM 3: 35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KMH_____ DEPUTY

UNITED STATES OF AMERICA,            )   Case No. 07CR3189-AJB
                                     )
            v.                       )   JUDGMENT
                                     )
ELLORY F. YU,                        )   Charles M. Sevilla
                                     )   Defendant's Attorney

REGISTRATION NO. _____

VIOLATION: 18 USC 1030(a)(5)(A)(iii) - Causing Damage to a Protected Computer (Misdemeanor)

FILED
2008 FEB 28 PM 12: 22
_____KMH_____ DEPUTY

_x_ Defendant pleaded guilty to count 1
___ Count(s) _____ dismissed on the government's oral motion.

**JUDGMENT**

_x_ Defendant is adjudged guilty on count 1

_x_ SUPERVISED PROBATION for a term of TWO (2) YEARS
on the following conditions:
_x_ obey all laws, Federal, State and Municipal
_x_ complete 50 hours of community service in a program approved by the probation officer within 24 month.
_x_ provide complete disclosure of personal and business financial records to the probation officer as requested
_x_ mandatory drug test waived.
_x_ report all vehicles owned or operated, or in which you have in interest to the probation officer.
_x_ not possess any firearm, destructive device or any other dangerous weapon
_x_ submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.
_x_ Restitution of $100,000.00 which has been paid in full.

_x_ Penalty assessment of $ 25.00 to be paid within 30 days.
_x_ Fine waived          ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

I have executed within Amended
Judgement and Commitment on 2/24/8
United States Marshal
By _____
USMS Criminal Section

February 12, 2008
Date of Imposition of Sentence

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
Entered on: